

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GLEN TROGDON, | |
| *Plaintiff,* | 2:09-cv-01574-RCJ-RJJ |
| vs. | ORDER |
| CLARK COUNTY DETENTION CENTER, *et al.,* | |
| *Defendants.* | |

Court mail has been returned from the last institutional address given by plaintiff with a notation reflecting that plaintiff no longer is at the address. Plaintiff has not filed an updated notice of change of address. Local Rule LSR 2-2 requires that a *pro se* litigant immediately file with the Court written notification of any change of address. Plaintiff further has not timely responded to the Court's prior order – which was sent via an earlier mailing that was not returned – advising that a final judgment of dismissal would be entered if he did not file an amended complaint correcting the deficiencies identified in the order.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice, for failure to provide an updated address and further for failure to file an amended complaint correcting the deficiencies identified in the prior screening order.

The Clerk of Court shall enter final judgment accordingly.

DATED: February 25, 2011

ROBERT C. JONES
United States District Judge